UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22239-CIV-KING/BANDSTRA

DWAYNE CRAWFORD, individually, and on behalf of similarly situated individuals,

    Plaintiff,

v.

LG BAL HARBOUR, LLC, a Delaware Limited Liability Company d/b/a LA GOULUE RESTAURANT,

    Defendant.

_____/

*Final Judgment*

### ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND GENERAL RELEASE AND DISMISSING PLAINTIFF'S ACTION WITH PREJUDICE

THIS CAUSE arose before the Court on the parties' Joint Motion to Approve Settlement Agreement and General Release, and to Dismiss Plaintiff's Action with Prejudice. This case arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. and, therefore, requires Court Approval. Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness."). This Court, being fully advised in the premises, and upon review of the Agreement, hereby approves the settlement of the FLSA claim submitted by the Parties. Plaintiff's claims are hereby dismissed with prejudice. The Court retains jurisdiction to enforce the Agreement.

- 2 -

DONE AND ORDERED in Miami, Miami-Dade County, Florida this 29 day of March, 2010.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR U.S. DISTRICT COURT JUDGE

Copies furnished to:

Counsel of Record